UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARGARET CAMERO, MARGARET CAMERO ON BEHALF OF ESTATE OF ISAAC CAMERO, DECEASED, <br><br>*Plaintiffs*, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR NATIONSTAR HECM ACQUISITION TRUST 2020-1, <br><br>*Defendant.* | § § § § § § § § § § § § | Civil Action No. SA-21-CV-01271-XR |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Tuesday, April 05, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED February 10, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE